District Judge Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEMART GLENN,<br><br>            Plaintiff,<br><br>    v.<br><br>ROBERT WILKIE, Secretary UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, on Behalf of Department of Veterans Affairs, agency,<br><br>            Defendant. | CASE NO. C18-1162 BJR<br><br>ORDER GRANTING UNITED STATES' MOTION FOR A STAY OF CASE IN LIGHT OF LAPSE OF APPROPRIATIONS |

The United States of America has filed a Motion for a Stay of Case in Light of Lapse of Appropriations, in which the United States seeks a stay of proceedings entered in this case commensurate with the duration of the lapse in appropriations for the United States Department of Justice.

//

//

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF
LAPSE OF APPROPRIATIONS
C18-1162 BJR - 1

The Court, having reviewed the pleadings and materials in this case, it is hereby ORDERED that:

The Defendant's Motion for a Stay of Case in Light of Lapse of Appropriations is GRANTED. All pending deadlines, including the trial date, for the above-captioned case are hereby STAYED and all current deadlines are hereby EXTENDED commensurate with the duration of the lapse in appropriations. The Government is responsible for notifying the Court once appropriations have been received.

DATED this 25th day of January, 2019.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Judge

ORDER GRANTING MOTION FOR A STAY OF CASE IN LIGHT OF
LAPSE OF APPROPRIATIONS (PROPOSED)
C18-1162 BJR - 2