THE HONORABLE BARBARA ROTHSTEIN

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEMART GLENN,

    Plaintiff,

v.

Robert Wilkie, Secretary UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, on Behalf of Department of Veterans' Affairs, agency

    Defendant.

Case No. 2:18-cv-01162

**ORDER GRANTING MOTION TO EXTEND DISCOVERY CUT-OFF DEADLINE**

THIS MATTER, having come on regularly before the undersigned Judge in the above entitled court upon the Motion to Extend Discovery Cut-Off Deadline and Dispositive Motion Deadlines and the Court having reviewed all related pleadings set forth below:

1. Motion to Extend Discovery Cut-Off Deadline and Dispositive Motion Deadline and subjoined Declaration of Richard H. Wooster.

ORDERED that the Motion to Extend Discovery Cut-Off Deadline and Dispositive Motion Deadline is hereby granted. The parties' discovery cut-off shall be December 13, 2019 and Dispositive Motions due by January 10, 2020.

DONE IN OPEN COURT this __16th__ day of August, 2019.

ORDER -Page 1

Law Offices of
**Kram & Wooster, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

*signed:* Barbara Rothstein

THE HONORABLE BARBARA ROTHSTEIN

*Presented by:*

KRAM & WOOSTER, P.S.

/s/Richard H. Wooster
Richard H. Wooster, WSBA #13752
Attorneys for Plaintiff

ORDER - Page 2

Law Offices of
**Kram & Wooster, P.S.**
1901 SOUTH "I" STREET
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile