Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEMART GLENN,<br><br>    Plaintiff,<br><br>v.<br><br>ROBERT WILKIE, Secretary of UNITED STATES DEPARTMENT OF VETERANS AFFAIRS, on Behalf of Department of Veterans Affairs, agency,<br><br>    Defendant. | NO. C18-1162 BJR<br><br>STIPULATION AND ORDER EXTENDING CERTAIN PRETRIAL AND TRIAL DEADLINES |

COME NOW the parties, and respectfully agree and request that the Court extend the deadline for certain pretrial and trial deadlines. The parties hereby request that the pretrial and trial deadlines set forth in the Court's Orders (Dkts. 20 and 27) be extended by approximately 3 months as follows:

| | |
|---|---|
| JURY TRIAL DATE | June 29, 2020 (current date April 6, 2020) |
| Discovery completed | March 6, 2020 (current date December 13, 2019) |
| Dispositive motions | April 3, 2020 (current date January 10, 2020) |

As good grounds in support of the parties' stipulation, the parties agree that additional time is needed to give the parties time to complete discovery, including producing and reviewing additional records, including emails, and deposing or interviewing witnesses.

STIPULATION AND ORDER EXTENDING PRETRIAL AND TRIAL
DEADLINE
C18-1162 BJR -1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Moreover, the parties are attempting to resolve the issues raised in Plaintiff's Motion to Compel Discovery, Dkt. No. 29, without the necessity of further judicial involvement. In that regard, the parties request that if the Court grants a continuance, the Court strike the pending motion to compel.

DATED this 12th day of November, 2019.

Respectfully submitted,

By:
*s/ Richard H. Wooster*
Richard H. Wooster, WSBA#13752
Kram & Wooster, P.S.
1901 South "I" Street
Tacoma, WA 98405
253-572-4161
Rich@kjwmlaw.com

Attorney for Plaintiff

By:
BRIAN T. MORAN
United States Attorney

*s/ Patricia D. Gugin*
PATRICIA D. GUGIN, WSBA # 43458
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3800
Fax:    253-428-3826
E-mail: pat.gugin@usdoj.gov

Attorney for Defendant

STIPULATION AND ORDER EXTENDING PRETRIAL AND TRIAL DEADLINE
C18-1162 BJR -2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

## ORDER

Pursuant to the foregoing Stipulation, it is hereby

ORDERED, ADJUDGED and DECREED that good cause is shown for the requested extensions, accordingly, the trial day is extended from April 6, 2020, to June 29, 2020; the deadline for discovery is extended from December 13, 2019, to March 6, 2020; the deadline for dispositive motions is extended from January 10, 2020, to April 3, 2020; and the Motion to Compel Discovery and Continue Trial Date, Dkt. No. 29, is stricken.

DATED this 13th day of November, 2019.

*Barbara J. Rothstein*
Barbara J. Rothstein
United States District Court Judge

Presented by:
*s/ Richard H. Wooster*
Richard H. Wooster, WSBA#13752
Kram & Wooster, P.S.
1901 South "I" Street
Tacoma, WA 98405
253-572-4161
Rich@kjwmlaw.com
Attorney for Plaintiff

STIPULATION AND ORDER EXTENDING PRETRIAL AND TRIAL DEADLINE
C18-1162 BJR -3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1. BRIAN T. MORAN
   United States Attorney

   *s/ Patricia D. Gugin*
   PATRICIA D. GUGIN, WSBA # 43458
   Assistant United States Attorney
   United States Attorney's Office
   1201 Pacific Avenue, Suite 700
   Tacoma, Washington 98402
   Phone: 253-428-3800
   Fax:   253-428-3826
   E-mail: pat.gugin@usdoj.gov
   Attorney for Defendant

STIPULATION AND ORDER EXTENDING PRETRIAL AND TRIAL
DEADLINE
C18-1162 BJR -4

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800